# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Quad Int'l., Inc

                    Plaintiff,

v.                                     Case No.: 1:12–cv–08431
                                                Honorable Amy J. St. Eve

John Doe

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 14, 2012:

      MINUTE entry before Honorable Amy J. St. Eve: Motion hearing held on 11/14/2012. Plaintiff's motion for leave to take discovery prior to the Rule 26(f) conference [6] is granted. Status hearing set for 12/10/12 is stricken and reset to 1/14/13 at 8:30 a.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.